Date of Arrest: **06/10**

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.
Javier GUTIERREZ-Gonzalez
Citizen of Mexico
YOB:1988
094948265
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 22-1946MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about October 10, 2018, Defendant Javier GUTIERREZ-Gonzalez, an alien, was removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about June 10, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about June 10, 2022, near San Luis, Arizona in the District of Arizona, Defendant Javier GUTIERREZ-Gonzalez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   [x] Yes   [ ] No

Authorized by AUSA Tracy Van Buskirk for
AUSA John Ballos   *JMB*

*Anastasiya Katekhina*
Signature of Complainant

Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

____June 13, 2022____   at   __Yuma, Arizona__
Date                              City and State

__James F. Metcalf, United States Magistrate__ Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Javier GUTIERREZ-Gonzalez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through Nogales, Arizona on October 10, 2018.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/13/2018 | Wilcox, Arizona | Illegal Entry | Ordered Removed from the US (ER) (Agency) |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Wilcox, Arizona on or about September 13, 2018.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on June 10, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Francisco Noriega, Donte Estes.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Brandon Rayburn.

Charges:
8 USC 1326(a)    (Felony)
8 USC 1325(a)(1)    (Misdemeanor)

*Anastasiya Katakhina*
Signature of Complainant

Sworn to before me and subscribed telephonically,

June 13, 2022
Date

*[signature]*
Signature of Judicial Officer

# Probable Cause Statement

*I, Border Patrol Agent Anastasiya Katekhina, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Javier GUTIERREZ-Gonzalez** |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. |

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Wilcox, Arizona on or about September 13, 2018.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on June 10, 2022.

*Executed on:* **June 11, 2022**     *Time:* **08:45 AM MST**

*Signed:* **Anastasiya Katekhina, Border Patrol Agent**   *Anastasiya Katekhina*